IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 10-00043-01-CR-W-DGK |
| v. | ) | |
| | ) | |
| MICHAEL C. MOYLAN, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:
On or about December 21, 2009, defendant Michael C. Moylan, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm, to wit, a Hi-Point, Model 995, 9mm rifle.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government:  Paul Becker
    Case Agent:  ATF SA Tim Canon
    Defense:  Laine Cardarella

**OUTSTANDING MOTION**:  Motion to Suppress Evidence

**TRIAL WITNESSES**:
    Government:  10 without stipulations;  8 with stipulations
    Defendants:  12 witnesses; the defendant may testify

**TRIAL EXHIBITS:**
    Government:  25 exhibits
    Defendant:  Less than 10 exhibits for defendant

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:**  2 days

Government's case including jury selection: 1/ ½ days
Defense case: ½ day

**STIPULATIONS**: The parties have worked out stipulations to the interstate nexus of the firearm, fingerprints, and defendant's prior felony convictions.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: To file by May 8, 2010
Defense: To file by May 8, 2010
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** June 2, 2010
**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:** Any motions to be filed by May 18, 2010; Oppositions by May 25, 2010.

**TRIAL SETTING**: Criminal jury trial docket commencing June 7, 2010
**Please note:** Defense counsel requests that the case be placed on the second week of the docket as she will be out of town Monday through Wednesday of the first week of the docket.

**IT IS SO ORDERED.**

       /s/ *Sarah W. Hays*
       SARAH W. HAYS
       UNTIED STATES MAGISTRATE JUDGE