# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 10-00043-01-CR-S-DGK |
| MICHAEL C. MOYLAN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 17), the Government's Response (Doc. 25), United States Magistrate Judge Sarah W. Hays' report recommending that the motion to suppress be denied (Doc. 34), Defendant's Objections to Report and Recommendation (Doc. 47) and the Government's response (Doc. 48).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Hays' Report and Recommendation be ADOPTED. Defendant's motion to suppress is hereby DENIED.

**IT IS SO ORDERED**

Date: June 1, 2010                     /s/ Greg Kays
                                       GREG KAYS, JUDGE
                                       UNITED STATES DISTRICT COURT